No. 87–6492.  ADAMS v. DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.

No. 87–6497.  JONES v. RALSTON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–6523.  MARCH v. BREWSTER ET AL.  C. A. 11th Cir. Certiorari denied.

No. 87–6533.  DREW v. CARROLL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–6538.  BRECK v. ULMER ET AL.  Sup. Ct. Alaska. Certiorari denied.

No. 87–6540.  VINSON v. JOHNSON ET AL.  C. A. 5th Cir. Certiorari denied.

No. 87–6546.  McCRAY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 87–6548.  SEN GUPTA v. METCO, INC.  C. A. 2d Cir. Certiorari denied.

No. 87–6555.  LEON v. DUGGER ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–6556.  HOPKINS v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 87–6557.  GRAYS v. CABANA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–6561.  RICHARDS ET AL. v. PETERSON.  C. A. 5th Cir. Certiorari denied.

No. 87–6562.  TROVE v. CULBERTSON.  C. A. 5th Cir.  Certiorari denied.

No. 87–6564.  SISCO v. COUNTY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 87–6565.  RHODEN v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 87–6583.  ALLEN v. ESTELLE, WARDEN.  C. A. 9th Cir. Certiorari denied.